```
                                                    FILED IN THE
                                                 U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF WASHINGTON

                                                    FEB 14 2008

                                                JAMES R. LARSEN, CLERK
                                                _____DEPUTY
                                                  SPOKANE, WASHINGTON
```

James A. McDevitt
United States Attorney
Eastern District of Washington
Pamela J. Byerly
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
    Plaintiff,  ) CR-07-180 - WFN
    vs.  ) ORDER OF DISMISSAL
ANGELA L. KIERSTEAD,  )
    Defendant.  )

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Eastern District of Washington hereby dismisses the Indictment filed December 18, 2007 against ANGELA L. KIERSTEAD, the Defendant, with prejudice, in the interest of justice.

    DATED this 14th day of February, 2008.

    James A. McDevitt
    United States Attorney

    _Thomas O. Rice, FAUSA_
    for Pamela J. Byerly
    Assistant United States Attorney

    Leave of court is granted for the filing of the foregoing dismissal. The court makes no judgment as to merit or wisdom of this dismissal.

    DATED this 14 day of February, 2008.

    William Fremming Nielsen
    Senior United States District Judge

P80213PB.PBB